```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 07 B 07411
        DOUGLAS ARTHUR BARTON
        KATHLEEN ANN BARTON                         CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR
                 Debtor
        SSN XXX-XX-5717     SSN XXX-XX-2917
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/24/07 and confirmed on 07/13/07.

2. The case was converted to Chapter 7 after confirmation, 06/18/2008.

3. The Debtor paid a total of $ 14055.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 13887.05 | 613.91 | 6951.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14450.90 | .00 | 638.59 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2834.26 | .00 | 125.25 |
| B REAL LLC | UNSECURED | 12913.61 | .00 | 570.66 |
| B REAL LLC | UNSECURED | 33826.57 | .00 | 1494.81 |
| B REAL LLC | UNSECURED | 5767.23 | .00 | 254.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5550.81 | .00 | 245.29 |
| CONSOLIATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 1072.97 | .00 | 47.41 |
| DISCOVER BANK | UNSECURED | 7846.24 | .00 | 346.73 |
| DISCOVER BANK | UNSECURED | 6318.99 | .00 | 279.24 |
| ANATOLY ARBER | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2185.95 | .00 | 96.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7158.65 | .00 | 316.34 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 986.05 | .00 | 43.57 |
| VISTA MEDICAL CENTER | UNSECURED | 8219.86 | .00 | 363.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 859.48 | .00 | 37.98 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13887.05 | .00 | 109991.57 | .00 | 123878.62 |
| PRINCIPAL PAID | 6951.30 | .00 | 4860.57 | .00 | 11811.87 |
| INTEREST PAID | 613.91 | .00 | .00 | .00 | 613.91 |

```
TOTAL PAID               7565.21          .00       4860.57          .00      12425.78
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    2000.00   direct and $    1000.00   through the plan.

The Trustee received $     629.22 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE